People v Dockery (2025 NY Slip Op 03772)

People v Dockery

2025 NY Slip Op 03772

Decided on June 24, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 24, 2025

Before: Moulton, J.P., Gesmer, Scarpulla, Rosado, O'Neill Levy, JJ. 

Ind. No. 70172/22|Appeal No. 4603|Case No. 2023-01713|

[*1]The People of the State of New York, Respondent,
v
Kamal Dockery, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Harold V. Ferguson, Jr. of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Bridget White of counsel), for respondent.

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered March 15, 2023, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a term of seven years to be followed by five years of post-release supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed at sentencing, and otherwise affirmed.
We perceive no basis for reducing defendant's sentence.
Based on our interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 24, 2025